An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CURTIS LUNDY DOWNING,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65618 |
| CURTIS LUNDY DOWNING,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65619<br><br>**FILED**<br><br>JUN 1 2 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEALS*

These are proper person appeals from vexatious-litigant findings and pre-filing injunctions. Eighth Judicial District Court, Clark County; Michael Villani, Joseph T. Bonaventure, Judges.

Because no statute or court rule permits an appeal from an order denying a vexatious-litigant finding or a pre-filing injunction, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19351

cc: Hon. Michael Villani, District Judge
Curtis Lundy Downing
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk